**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

REYNALDO POSADAS ESQUIVEL,

   Petitioner,

  vs.

THOMAS GILES, et al.

   Respondents.

CASE NO. 5:26-cv-2888-SK

**JUDGMENT**

   Pursuant to this Court's Order Granting Habeas Petition**, IT IS ADJUDGED** that the Petition is granted as set forth in that Order.

   The Clerk of Court is instructed to close this case.

DATED: <u>June 12, 2026</u>

          _____
          HON. STEVE KIM
          United States Magistrate Judge